IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

UNITED STATES OF AMERICA,
    Plaintiff,

vs.             Case Number: 1:00-CR-00107
               Senior District Judge S. Arthur Spiegel

JOSEPH R. BAKO,
    Defendant.

**MOTION BY THE CLERK TO DISPOSE OF PASSPORT**

A judgment and Commitment Order was filed in the above captioned matter on April 19, 2001. At this time the Clerk's Office moves for the disposal of the surrendered passport.

            James Bonini, Clerk


            By: s/Darlene Maury
            Acting Division Manager


**ORDER**

Pursuant to the termination of the above captioned matter, the Clerk's Office is directed to dispose of the surrendered passport to:

  _____  Return to the named defendant.

  __X__  Return to:  United States Department of State
              Office of Passport Policy and Advisory Services
              2100 Pennsylvania Avenue N.W., 3rd Floor
              Washington, DC 20037

IT IS SO ORDERED.

              _____
              S. Arthur Spiegel
              United States Senior District Judge