**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | |

Postmark Here

7002 1057 0000 9E48 6093

Sent To: United States Department of State
Street, Apt. or PO Box: Office of Passport Policy and Advisory Services
2100 Pennsylvania Ave. N.W., 3rd Floor
City, State: Washington, DC 20037

PS Form 3800, January 2001 — See Reverse for Instructions