UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : CASE NO. CR-1-00-107 |
|    Plaintiff, | : |
| | : *THE HONORABLE JUDGE SPIEGEL* |
| vs. | : |
| | : |
| JOSEPH R. BAKO, | : <u>MOTION for RETURN OF PASSPORT</u> |
|    Defendant. | : |

NOW COMES the Defendant, by and through counsel, and hereby moves this Honorable Court for an Order directing the U.S. Marshalls/Clerk of Courts to return his Passport, #086525372, for the following reasons:

1. Mr. Bako has completed probation as ordered by this Court.

2. Mr. Bako has complied with all restitution orders as previously determined and ordered by this Court.

3. Mr. Bako has fulfilled all of his obligations as required by the Probation Department and this Court.

*WHEREFORE*, for the foregoing reasons, counsel respectfully requests that the Court order the US Marshall and specifically the Clerk of Courts to return the passport to Joseph R. Bako.

                                                                  Respectfully submitted,

                                                                   <u>S/Herbert J. Haas</u>
                                                                   **HERBERT J. HAAS, (0015411)**
                                                                   Attorney for Defendant
                                                                   The Citadel
                                                                   114 East Eighth Street

> Cincinnati, Ohio 45202
> (513) 721-1126
> Fax: (513) 651-5688
> E-mail: citadelaw@aol.com

CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the Assistant U.S. Attorney and all counsel of record.

> S/Herbert J. Haas
> **HERBERT J. HAAS, (0015411)**