**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

**UNITED STATES OF AMERICA,**

   Plaintiff,

 vs.         :  CASE NO. CR-1-00-107

**JOSEPH R. BAKO,**

   Defendant.

**SATISFACTION OF CRIMINAL IMPOSITION**

  The judgment imposition in the above-entitled case having been paid, the Clerk of the United States District Court for the Southern District of Ohio is hereby authorized and empowered to cancel said judgment of record.

               GREGORY G. LOCKHART
               United States Attorney


               s/Deborah F. Sanders
               DEBORAH F. SANDERS  #0043575
               Assistant United States Attorney
               303 Marconi Blvd., Suite 200
               Columbus, Ohio 43215
               (614) 469-5715

**CERTIFICATE OF SERVICE**

I hereby certify that on March 8, 2007, I electronically filed the foregoing Satisfaction of Criminal Imposition with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document to Joseph Bako, 2910 E. Cove Court, Maineville, Ohio 45039.

s/Deborah F. Sanders
Deborah F. Sanders (0043575)
Assistant United States Attorney